1   Marc Smith (SBN 72717)
    msmith@kranesmith.com
2   Ralph C. Loeb (SBN 124773)
    ralph@kranesmith.com
3   **KRANE & SMITH, APC**
    16255 Ventura Boulevard, Suite 600
4   Encino, CA 91436
    (818) 382-4000 Telephone
5   (818) 382-4001 Facsimile

6   Attorneys for Defendant NINA ELLE, INC. doing
    business as NINA ELLE JEWELS
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  VERRAGIO, LTD.,                     CASE NO. 2:17-cv-04142-VAP-AFM

12          Plaintiff,                  **ANSWER TO COMPLAINT**

13          v.                          **DEMAND FOR JURY TRIAL**

14  NINA ELLE JEWELS,

15          Defendants.                 Complaint filed:   June 2, 2017
                                        Trial date:        None assigned
16

17

18

19

20

21

22

23

24

25

26

27

28

ANS TO CMPLT.01                         1
─────────────────────────────────────────────────────────
**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant NINA ELLE, INC. doing business as NINA ELLE JEWELS ("Defendant") hereby answers Plaintiff VERRAGIO, LTD.'s ("Plaintiff") unverified Complaint ("Complaint"). In response to all paragraphs of Plaintiff's Complaint, Defendant denies each and every allegation except as expressly admitted herein. Defendant responds specifically to Plaintiff's averments as follows:

## Subject Matter Jurisdiction and Venue

1.      In response to Paragraph 1 of the Complaint, Defendant admits that Plaintiff purports to assert claims arising under the Copyright and Trademark Laws of the United States, 17 U.S.C. §10, *et seq.*, and 15 U.S.C. § 1114, *et seq.*, respectively.   As to the remaining allegations of Paragraph 1 of the Complaint, Defendant objects that those allegations are legal conclusions, which do require responsive pleading.

2.      In response to paragraph 2 of the Complaint, Defendant denies any and all liability.  Additionally, Defendant objects that the allegations contained in Paragraph 2 of the Complaint are legal conclusions, which do not require responsive pleading.

## Parties and Personal Jurisdiction

3.      In response to paragraph 3 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

4.      In response to paragraph 4 of the Complaint, Defendant admits that its principal place of business is at 650 S. Hill St., #817, Los Angeles, CA 90014.

5.      In response to paragraph 5 of the Complaint, Defendant admits that it transacts business within the Central District of California. As to all other allegations of paragraph 5 of the Complaint, Defendant denies each and every allegation asserted therein.

///

ANS TO CMPLT.01

2

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

### The Business of Verragio

6.     In response to paragraph 6 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

7.     In response to paragraph 7 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

8.     In response to paragraph 8 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

9.     In response to paragraph 9 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

10.     In response to paragraph 10 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

11.     In response to paragraph 11 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

12.     In response to paragraph 12 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

13.     In response to paragraph 13 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

14.     In response to paragraph 14 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

15.     In response to paragraph 15 of the Complaint, Defendant admits that United States trademark Registration No. 4,336,434 has been issued to Plaintiff. As to all other allegations of paragraph 15 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

16.     In response to paragraph 16 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

17.     In response to paragraph 17 of the Complaint, Defendant is without knowledge of information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

18.     In response to paragraph 18 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

19.     In response to paragraph 19 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

**The Business of Defendant**

20.     In response to paragraph 20 of the Complaint, Defendant admits that it is in the business of selling jewelry to retail customers and denies the remaining allegations of paragraph 20 of the Complaint based on its understanding of those allegations.

21.     In response to paragraph 21 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

22.     In response to paragraph 22 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

23.     In response to paragraph 23 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

24.     In response to paragraph 24 of the Complaint, Defendant admits that it sells jewelry to consumers within this Judicial District and denies the remaining allegations of paragraph 24 of the Complaint based on its understanding of those allegations.

25.     In response to paragraph 25 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

26.     In response to paragraph 26 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

27.     In response to paragraph 27 of the Complaint, Defendant denies the allegations asserted therein.

28.     In response to paragraph 28 of the Complaint, Defendant denies the allegations asserted therein.

29.     In response to paragraph 29 of the Complaint, Defendant denies the allegations asserted therein.

## FIRST CAUSE OF ACTION

(Copyright Infringement Under 17 U.S.C. §101 et seq.)

30.     In response to paragraph 30 of the Complaint, Defendant incorporates by reference its responses to the Complaint asserted herein.

31.     In response to paragraph 31 of the Complaint, Defendant denies the allegations asserted therein.

32.     In response to paragraph 32 of the Complaint, Defendant is without knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies these allegations.

ANS TO CMPLT.01                                5

1    33.    In response to paragraph 33 of the Complaint, Defendant denies the

2    allegations asserted therein.

3    34.    In response to paragraph 34 of the Complaint, Defendant denies the

4    allegations asserted therein.

5    35.    In response to paragraph 35 of the Complaint, Defendant denies the

6    allegations asserted therein.

7    36.    In response to paragraph 36 of the Complaint, Defendant denies the

8    allegations asserted therein.

9    **SECOND CAUSE OF ACTION**

10   (Trademark Infringement Under 15 U.S.C. §1114(1))

11   37.    In response to paragraph 37 of the Complaint, Defendant incorporates

12   by reference the responses to the Complaint asserted herein.

13   38.    In response to paragraph 38 of the Complaint, Defendant denies the

14   allegations asserted therein.

15   39.    In response to paragraph 39 of the Complaint, Defendant denies the

16   allegations asserted therein.

17   40.    In response to paragraph 40 of the Complaint, Defendant denies the

18   allegations asserted therein.

19   41.    In response to paragraph 41 of the Complaint, Defendant denies the

20   allegations asserted therein.

21   42.    In response to paragraph 42 of the Complaint, Defendant denies the

22   allegations asserted therein.

23   43.    In response to paragraph 43 of the Complaint, Defendant denies the

24   allegations asserted therein.

25   44.    In response to paragraph 44 of the Complaint, Defendant denies the

26   allegations asserted therein.

27   45.    In response to paragraph 45 of the Complaint, Defendant denies the

28   allegations asserted therein.

ANS TO CMPLT.01

6

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

46.     In response to paragraph 46 of the Complaint, Defendant denies the allegations asserted therein.

## **THIRD CAUSE OF ACTION**

(Trademark Infringement and False Designation of Origin Under 15 U.S.C. §1125(a))

47.     In response to paragraph 47 of the Complaint, Defendant incorporates by reference the responses to the Complaint asserted herein.

48.     In response to paragraph 48 of the Complaint, Defendant denies the allegations asserted therein.

49.     In response to paragraph 49 of the Complaint, Defendant denies the allegations asserted therein.

50.     In response to paragraph 50 of the Complaint, Defendant denies the allegations asserted therein.

51.     In response to paragraph 51 of the Complaint, Defendant denies the allegations asserted therein.

52.     In response to paragraph 52 of the Complaint, Defendant denies the allegations asserted therein.

53.     In response to paragraph 53 of the Complaint, Defendant denies the allegations asserted therein.

54.     In response to paragraph 54 of the Complaint, Defendant denies the allegations asserted therein.

55.     In response to paragraph 55 of the Complaint, Defendant denies the allegations asserted therein.

56.     In response to paragraph 56 of the Complaint, Defendant denies the allegations asserted therein.

57.     In response to paragraph 57 of the Complaint, Defendant denies the allegations asserted therein.

58.     In response to paragraph 58 of the Complaint, Defendant denies the

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

allegations asserted therein.

59.     Defendant denies the allegations in the "Prayer for Relief" in the Complaint and denies that Plaintiff is entitled to any of the relief it seeks.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.     The Complaint, and each and every claim for relief therein, fails to allege facts sufficient to state a claim for relief against Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.     The Complaint, and each and every claim for relief therein, is barred by the applicable statute of limitations, including Section 507 of the Copyright Act.

## THIRD AFFIRMATIVE DEFENSE

### (Copyright-Not Original)

3.     Plaintiff's claims are barred by the fact, based upon information and belief, that the purported copyrights referenced in the Complaint are not original works of authorship and thus are not entitled to copyright protection.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

4.     Plaintiff's claims are barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5.     Plaintiff's claims are barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6.     Plaintiff waived the claims and/or remedies it asserts.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

ANS TO CMPLT.01

8

ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

7.     Plaintiff's claims are barred by the doctrine of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

8.     Plaintiff's claims are barred by its failure to mitigate damages.

## NINTH AFFIRMATIVE DEFENSE

### (No Damages - Innocent Intent)

9.     Plaintiff has not sustained any injury or damage as a result of any act or conduct of Defendant and Defendant has at all times acted with innocent intent in that Defendants acted in good faith, innocent of any knowledge or intent to infringe Plaintiff's purported rights or to cause damage to Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Causation)

10.     Upon information and belief, Defendant alleges that other persons or entities, the true names and capacities of whom and which Defendant is ignorant, were in some manner responsible, or otherwise at fault, for the allegations alleged in Plaintiff's Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Damages Limited by Apportionment)

11.     Defendant asserts that any purported damages sought by the Plaintiff in the form of Defendant's profits are limited by the apportionment theory based on the percentage of profits attributable to the alleged infringing works, not the entirety of Defendant's profit from the alleged infringing products.

## TWELFTH AFFIRMATIVE DEFENSE

### (Elements of Copyrights Not Protectable)

12.     Assuming, *arguendo*, that the products sold by Defendant contain any elements from Plaintiff's purported copyright, those elements are not protectable under copyright law, do not constitute original expression, and/or the use of those elements is *de minimis*.

ANS TO CMPLT.01

9

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Invalid Copyright Registrations)

13.     Upon information and belief, Plaintiff's purported copyright registrations are invalid

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

14.     Plaintiff lacks standing to assert the causes of action alleged in the Complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Copyright-Fair Use)

15.     Without admitting the use of any copyrighted material owned by or claimed to be owned by Plaintiff, the conduct of which Plaintiff complaints constitutes fair use.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Trademark-Not Distinctive)

16.     Plaintiff's alleged trademark, U.S. Trademark Reg. No. 4,336,434 is a non-distinctive product design and/or has not acquired secondary meaning, and similar non-distinctive product designs are marketed and sold by third parties.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Trademark-Generic)

17.     Upon information and belief, Plaintiff's alleged trademark, U.S. Trademark Reg. No. 4,336,434 is generic and is incapable of actin as an identifier of source.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Trademark-Fair Use )

18.     Plaintiff's alleged trademark claims are barred, in whole or in part, by fair use.

### NINETEENTH AFFIRMATIVE DEFENSE

### (Trademark-Failure to Police)

19.     Upon information and belief, Plaintiff has failed to police or prevent the use by others of its alleged trademark, U.S. Trademark Reg. No. 4,336,434. Therefore, the claims in the Complaint are barred in whole or in part, by reason of other parties' use of the alleged trademark.

### TWENTIETH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defense)

20.     Defendant reserves the right to allege additional affirmative defenses as they may become known, or as they evolve during the litigation, and to amend this Answer accordingly.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment against Plaintiff as follows:

1.     That judgment be entered in favor of Defendant and against Plaintiff on all causes of action alleged in the Complaint;

2.     That any Copyright Registrations issued with respect to the jewelry designs purportedly owned by Plaintiff be declared invalid and that this Court issue an order that the Registrations and any related Certificates of Registration issued by the Copyright Office be cancelled;

3.     That U.S. Trademark Reg. No. 4,336,434 be cancelled;

///
///
///
///
///
///
///

ANS TO CMPLT.01

**11**

1    4.    That Defendant be awarded  its respective costs of suit in this matter,

2          including reasonable attorneys' fees; and

3    5.    For such other and further relief as the Court may deem just and proper.

4

5    DATED: July 17, 2017                    KRANE & SMITH, APC

6

7

8                                   By:    _____

9                                          MARC SMITH
                                           RALPH C. LOEB
10                                         Attorneys for Defendant NINA ELLE, INC. doing
                                           business as NINA ELLE JEWELS
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
ANS TO CMPLT.01                    **12**

**ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**

1

## DEMAND FOR JURY TRIAL

2

3
Defendant hereby demands a trial by jury.

4
DATED: July 17, 2017                          KRANE & SMITH, APC

5

6

7                                              By:  _____
                                                    MARC SMITH
8                                                   RALPH C. LOEB
                                               Attorneys for Defendant NINA ELLE, INC. doing
9                                              business as NINA ELLE JEWELS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

VERRAGIO, LTD.

v.

NINA ELLE JEWELS,

U.S. District Court, Central District of California
Case No. 2:17-cv-04142-VAP-AFM

      I hereby certify that a true and correct copy of the foregoing was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via the United States District Court Electronic Case filing website (CM/ECF notification system) for this case on this 17th day of July, 2017.

                             /s/    Ralph C. Loeb

                                 Ralph C. Loeb