TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., <br><br> Plaintiff, <br><br> v. <br><br> NINA ELLE JEWELS, <br><br> Defendant. | Case No. 2:17-cv-04142 VAP (AFMx) <br><br> NOTICE OF SETTLEMENT |

TO THE COURT:

PLEASE TAKE NOTICE, pursuant to Local Rule 16-15.7, that Plaintiff Verragio, Ltd. and Defendant Nina Elle, Inc. doing business as Nina Elle Jewels believe that they have reached a resolution of this action.  This resolution will resolve this matter in its entirety.  The parties are currently working to finalize the settlement agreement relating to this resolution.  The parties expect to finish memorializing the settlement within thirty (30) days.  Therefore, the parties respectfully request that the current hearings, dates, and deadlines be vacated so that the parties can finalize the terms of the agreement.

DATED: September 15, 2017     Tucker Ellis LLP

By:  /s/Howard A. Kroll
     Howard A Kroll
     Attorneys for Plaintiff
     VERRAGIO, LTD.

DATED: September 15, 2017     Krane & Smith, APC

By:  /s/Ralph C. Loeb
     Ralph C. Loeb
     Attorneys for Defendant
     NINA ELLE, INC., doing business
     as NINA ELLE JEWELS.

*Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's counsel concurs in the content of this Notice of Settlement and has authorized its filing with his electronic signature.

1293669.1