Marc Smith (SBN 72717)
msmith@kranesmith.com
Ralph C. Loeb (SBN 124773)
ralph@kranesmith.com
**KRANE & SMITH, APC**
16255 Ventura Boulevard, Suite 600
Encino, CA 91436
(818) 382-4000 Telephone
(818) 382-4001 Facsimile

Attorneys for Defendant NINA ELLE, INC. doing business as NINA ELLE JEWELS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERRAGIO, LTD.,**<br><br>      Plaintiff,<br><br>    v.<br><br>**NINA ELLE JEWELS,**<br><br>      Defendants. | **CASE NO. 2:17-cv-04142-VAP-AFM**<br><br>**STIPULATION RE: (1) DISMISSAL OF CLAIMS, AND (2) ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

STIP RE DISMISSAL.01           **1**

**STIPULATION RE: DISMISSAL AND ENTRY OF JUDGMENT**

Plaintiff VERRAGIO, LTD. ("Plaintiff") and Defendant NINA ELLE, INC. doing business as NINA ELLE JEWELS ("Defendant") have entered into a confidential settlement agreement and by and between their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff has brought the instant action for copyright infringement under 17 U.S.C. §501 and federal trademark infringement in violation of 15 U.S.C. §1114 and 15 U.S.C. §1125;
2. That a Final Judgment and Permanent Injunction ("the Judgment"), in the form annexed hereto as Exhibit A, may be entered forthwith upon approval and order of the Court and without further notice;
3. That upon entry by the Court of the Judgment, all claims against Defendant not adjudicated by the Judgment shall be dismissed with prejudice;
4. That the Judgment shall be binding upon Defendant and the "Enjoined Parties" upon entry by the Court without further notice to any party;
5. That the parties, for good and sufficient cause, hereby waive any requirement or findings of fact and/or conclusions of law which might otherwise pertain to entry and issuance of the Judgment;
6. That the parties hereby waive any and all rights to appeal from or to otherwise contest entry of the Judgment, which shall be deemed final as and when entered and
7. That each party shall bear its own costs and fees.

DATED: October 26, 2017          TUCKER ELLIS LLP

                                 By:  /s/Howard A. Kroll
                                      HOWARD A. KROLL
                                      Attorney for Plaintiff  VERRAGIO, LTD.

STIP RE DISMISSAL.01                          **2**
**STIPULATION RE: DISMISSAL AND ENTRY OF JUDGMENT**

1

2  DATED:  October 26, 2017          KRANE & SMITH, APC

3

4

5                  By:   /s/Ralphh C. Loeb*
                         MARC SMITH
6                        RALPH C. LOEB
                         Attorneys for Defendant
7                        NINA ELLE, INC. doing business as
                         NINA ELLE JEWELS
8

9  *Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Defendant's

10 counsel concurs in the content of this stipulation and has authorized its filing with

11 his electronic signature.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP RE DISMISSAL.01                     **3**

**STIPULATION RE: DISMISSAL AND ENTRY OF JUDGMENT**