closed

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD., | CASE NO. 2:17-cv-04142-VAP-AFM |
| Plaintiff, | **FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| NINA ELLE JEWELS, | |
| Defendants. | |

FINAL JUDGMNT.01  **1**

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff VERRAGIO, LTD. ("Verragio") and Defendant NINA ELLE, INC. doing business as NINA ELLE JEWELS ("Defendant"), having stipulated to a Final Judgment and Permanent Injunction, and having waived any required findings of fact and/or conclusions of law, and having further waived any additional notice, and having stipulated and agreed that this Permanent Injunction may be entered forthwith;

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Verragio is awarded $30,000 against Defendant, an amount which includes Verragio's attorney's fees.

2. Defendant and Defendant's officers, directors, employees, representatives, agents, successors-in-interest, parent corporations, subsidiary corporations, legal entities or persons controlled by Defendant, and all other persons who are in active concert or participation with them ("Enjoined Parties"), are hereby permanently enjoined from:

    a. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the copyrights to Verragio's jewelry designs with Style No.s INS 7001, INS-7062CU and PAR-3077CU, which have been registered by the United States Copyright Office respectively with Registration No.s VAu 996-693, VA 1-818-617 and VA 1-818-326 (collectively "the Verragio Copyrights") or rings that are substantially similar to the Verragio Copyrights;

    b. Copying or making unauthorized use of, or engaging in any unauthorized distribution of products protected by the trademark in the Verragio Crest which is the subject of the United States Registration No. 4,336434 or rings that are confusingly similar to those with the Verragio Crest;

        c.      Selling, distributing, advertising, manufacturing or purchasing any rings that Defendant identified with Style No.s R225 and ANR300 or any rings substantially similar to those rings(collectively, the "NEJ Rings"); and

        d.      Knowingly assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 2(a) through 2(c) above.

3.     Within thirty days of the date of this Order, Defendant shall destroy all of the NEJ Rings in its possession, if any.

4.     The parties waive notice of entry of this Final Judgment and Permanent Injunction and the right to appeal therefrom or to test its validity and consent to its immediate entry in accordance with its terms. This Court expressly retains jurisdiction over this matter to enforce, implement or construe this Final Judgment and Permanent Injunction.

**SO ORDERED.**

DATED: _October 27, 2017_____        _____

                                                   Virginia A. Phillips,
                                                   Chief United States District Judge